IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MORRIS A. SMITH, III                                              PLAINTIFF

VS.                              CIVIL ACTION NO.: <u>3:06-CV-547-DPJ-LRA</u>

FARM BUREAU INSURANCE COMPANY, AND
MERCHANTS & FARMERS BANK                                    DEFENDANTS

<u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

CAME BEFORE THE COURT FOR HEARING, the separate motions of Defendants

Mississippi Farm Bureau Mutual Insurance Company, ("Farm Bureau") and Merchants & Farmers

Bank ("Bank") for dismissal of all claims asserted against them by Plaintiff *Pro Se* Morris A. Smith,

III ("Smith") in this mater.  The hearing on the motions had been previously scheduled and noticed

for Monday, February 5, 2007, at 4:30 p.m. before the Honorable Henry T. Wingate.   Counsel for

Farm Bureau and Bank appeared, but Smith, or any representative of Smith, did not appear.

Therefore, Judge Wingate did not hear oral argument from any party, but, rather, reviewed the issues

submitted by the parties on their motions.  Having considered the submissions for all parties, and

otherwise being fully advised in the premises, the Court

FINDS that Smith's Complaint did not meet the requirements of the Federal Rules of Civil

Procedure as it did not establish any ascertainable cause of action against the Farm Bureau and/or

Bank; that Smith's Complaint did not attempt to define and/or clarify "terrorism" or "act of evil";

that Smith's Complaint did not allege any proper jurisdictional allegations against Farm Bureau and

Bank; and that that Defendants Farm Bureau and Bank are each entitled to judgment as a matter of

law on all of the claims brought against them by Plaintiff *Pro Se*.  It is, therefore,

ORDERED AND ADJUDGED that Morris Smith, III's claims against Mississippi Farm Bureau Mutual Insurance Company are hereby dismissed without prejudice with each party to pay its own costs.  It is further

ORDERED AND ADJUDGED that Morris Smith, III's claims against Merchants & Farmers Bank are hereby dismissed without prejudice with each party to pay its own costs.

**SO ORDERED AND ADJUDGED** this the 16th day of February, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

s/J. Blair Lobrano
J. Blair Lobrano (MSB #100942)
MacNeill & Buffington, P.A.
P.O. Box 12690
Jackson, MS  39236-2690
(P) 601-936-2800
(F) 601-936-2801
(E) blobrano@mbpa.com

ATTORNEY FOR DEFENDANT
Mississippi Farm Bureau Mutual Insurance Company

s/ Jeff D. Rawlings
Jeff D. Rawlings (MSB #4642)
Rawlings & MacInnis, P.A.
Post Office Box 1789
Madison, Mississippi 39130-1789
(P) 601-898-1180
(F) 601-969-1041
(E) jeffdrawlings@bellsouth.net

ATTORNEY FOR DEFENDANT
Merchants & Farmers Bank